IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> CHRISTMAS TREE SHOPS, LLC, et al., <br><br> Debtors. | ) <br> ) <br> ) CHAPTER 7 <br> ) CASE NO. 23-10576 (TMH) <br> ) *(Jointly Administered)* <br> ) |
| GEORGE L. MILLER, CHAPTER 7 TRUSTEE, <br> Plaintiff, <br><br> v. <br><br> COASTAL CONSTRUCTION CORP., <br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) ADV. PROC. NO. 25-50835 (TMH) <br> ) <br> ) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission pro hac vice of Zachary J. Gregoricus of Harris Beach Murtha Cullina PLLC, as counsel to Coastal Construction Corp. in the above-captioned adversary proceeding.

Dated: July 17, 2025

GELLERT SEITZ BUSENKELL & BROWN LLC

/s/ *Michael Busenkell*
Michael Busenkell (DE 3933)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5800
mbusenkell@gsbblaw.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Commonwealth of Massachusetts and State of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/2023. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Dated : July 17, 2025

HARRIS BEACH MURTHA CULLINA PLLC

Zachary J. Gregoricus
33 Arch Street, 12th Floor
Boston, MA 02110-2320
Telephone: 617-457-4154
Email: zgregoricus@harrisbeachmurtha.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

**Dated: July 18th, 2025**
**Wilmington, Delaware**

**THOMAS M. HORAN**
**UNITED STATES BANKRUPTCY JUDGE**