# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | Chapter 11 |
| | : | |
| Christmas Tree Shops, LLC, | : | Case No.: 23-10576 (TMH) |
| | : | Bankruptcy Chapter 7 |
| Debtor. | : | |
| | : | |
| | : | |
| George L. Miller, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| Coastal Construction Corp., | : | |
| | : | Adv. Proc. No.: 25-50835 (TMH) |
| | : | |
| Defendant. | : | |
| | : | |

## MEDIATOR'S CERTIFICATE OF COMPLETION

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, Appointing Mediator, and Setting Mediation Deadlines and Trial Date, the undersigned mediator reports that mediation was resolved in the following manner:

This matter was settled subsequent to the scheduling of the mediation but prior to the commencement of the mediation session scheduled for April 20, 2026.

The parties will be submitting a settlement agreement to the Court for approval.

Dated: April 16, 2026

Mediator

*/s/ Christopher A. Ward*
Christopher A. Ward (DE Bar No. 3877)
**LOWENSTEIN SANDLER LLP**
1000 N. West Street, Suite 1200
Wilmington, DE 19801
(302) 498-9602
Email: cward@lowenstein.com